REID, receiver, *v.* HEARN & GREEN.

127 117
Case 1
f127 117

127 117
Case 1
129 716

LUMPKIN, J. 1. If the pleadings are so defective that no legal judgment can be rendered, the judgment will be set aside. Civil Code, § 5364. But a judgment can not be arrested or set aside for any defect in the pleadings or record which is aided by verdict, or amendable as matter of form. Civil Code, § 5365.

2. Under the ruling in *Reid* v. *Jones, ante,* 114, this action in its general scope and purpose was to enforce against the defendant the liability fixed by the charter of the Putnam County Banking Company upon its subscribing shareholders. It was alleged that the defendant 'was liable under such charter provision; and the allegation that he was a shareholder when the debt was created and the bank failed, without alleging in express terms that he was a subscribing shareholder, was merely an irregularity or defect of such character, when viewed in the light of the entire petition, as was amendable and cured by verdict; and after verdict and judgment a motion to set aside such judgment on that ground should not have been sustained. *Dill* v. *Jones,* 3 *Ga.* 79; *Moss* v. *Stokeley,* 95 *Ga.* 675; *Beall* v. *Blake,* 13 *Ga.* 217; *Wegman Piano Co.* v. *Irvine,* 107 *Ga.* 68; *Davis* v. *Bray,* 119 *Ga.* 220.

*Judgment reversed. All the Justices concur.*

Submitted July 18, — Decided December 13, 1906.

Rehearing denied December 20, 1906.

Motion to set aside judgment. Before Judge Lewis. Putnam superior court. September 19, 1905.

*J. H. Hall,* for plaintiff. *Turner & Adams,* for defendants.

---

REID, receiver, *v.* BECK.

EVANS, J. This case is controlled by the decision this day rendered in *Reid* v. *Hearn & Green, ante,* 117.

*Judgment reversed. All the Justices concur.*

Submitted July 18, — Decided December 13, 1906.

Rehearing denied December 20, 1906.

Motion to set aside judgment. .Before Judge Lewis. Putnam superior court. September 19, 1905.

*J. H. Hall,* for plaintiff. *Turner & Adams,* for defendants.